JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: (702) 862-8200
Fax: (702) 862-8204
Jake@hennessandhaight.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MY VAN THI ANDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a foreign limited liability Company; and DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-01485-GMN-VCF<br><br>**STIPULATION AND ORDER TO AMEND COMPLAINT** |

　　　Plaintiff, MY VAN THI ANDERSON, by and through her attorney of record, JACOB S, SMITH, ESQ., of the law firm of HENNESS & HAIGHT, and Defendant, ALBERTSON'S LLC, by and through their attorneys of record, JACK P. BURDEN, ESQ., and JACQUELYN FRANCO, ESQ., of the law firm of BACKUS | BURDEN, hereby stipulate to allow Plaintiff to amend her Complaint, to name Haugebak Construction Company as a Defendant.

...

...

...

...

...

...

...

1

A copy of Plaintiff's Amended Complaint is attached hereto as Exhibit "A."

Dated this 3rd day of March, 2023.                Dated this 3rd day of March, 2023.

HENNESS & HAIGHT                                  BACKUS | BURDEN


 /s/ Jacob S. Smith                                /s/  Jack P. Burden
JACOB S. SMITH, ESQ.                              JACK P. BURDEN, ESQ.
Nevada Bar No. 10231                              Nevada Bar No. 6918
8972 Spanish Ridge Avenue                         JACQUELYN FRANCO, ESQ.
Las Vegas, Nevada 89148                           Nevada Bar No. 13484
*Attorneys for Plaintiff*                         DALLIN KNECHT, ESQ.
                                                  Nevada Bar No. 16263
                                                  3050 South Durango Drive
                                                  Las Vegas, Nevada 89117
                                                  *Attorneys for Defendants, Albertson's LLC*


IT IS ORDERED that Plaintiff has until March 20, 2023 to file the Amended Complaint.

IT IS SO ORDERED this  13th  day of  March , 2023.


_____
UNITED STATES DISCTRICT COURT JUDGE

2