JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
DAVID T. GLUTH, ESQ.
Nevada Bar No. 10596
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: (702) 862-8200
Fax: (702) 862-8204
Jake@hennessandhaight.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MY VAN THI ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC, a foreign limited liability Company; HAUGEBAK CONSTRUCTION COMPANY, a Domestic For-Profit (Business) Corporation; and DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:22-CV-01485-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF MY VAN THI ANDERSON TO RESPOND TO DEFENDANT HAUGEBAK CONSTRUCTION COMPANY'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [ECF NO. 22]**<br><br>**(FIRST REQUEST)** |
| ALBERTSON'S LLC,<br><br>    Cross-Claimant,<br><br>vs.<br><br>HAUGEBAK CONSTRUCTION COMPANY,<br><br>    Cross-Defendant. | |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff My Van Thi Anderson ("Plaintiff"), and Defendant/Cross-Defendant Haugebak Construction Company ("Haugebak"), by and through their respective attorneys of record, stipulate as follows:

## STIPULATION

1. Defendant Haugebak filed its Motion to Dismiss Plaintiff's Amended Complaint

1

on April 27, 2023 [Doc 22].

2. Plaintiff's response is currently due on or about May 11, 2023.

3. However, the parties agree that should be afforded a one-week extension of in which to file a response to the Motion. An extension is necessary as Plaintiff's counsel needs more time in order to fully brief the issues presented in Defendant's motion. Defendant Haugebak has no objection to this extension.

4. Therefore, the parties agree that Plaintiff's response to Defendant Haugebak's Motion to Dismiss is now due on or before **May 18, 2023.**

5. Likewise, the deadline for Defendant Haugebak Construction Company's Reply should be extended through **May 25, 2023**.

This is Plaintiff's first request for an extension and this stipulation is submitted in good faith without the purpose of undue delay.

| | |
|---|---|
| DATED: May 12, 2023. | DATED: May 12, 2023 |
| HENNESS & HAIGHT | OLSON CANNON GORMLEY & STOBERSKI |
| /s/David T. Gluth | /s/Michael Federico, Esq. |
| JACOB S. SMITH ESQ. | MICHAEL FEDERICO, ESQ. |
| Nevada Bar No. 10231 | Nevada Bar No. 005946 |
| DAVID T. GLUTH, ESQ. | 9950 W. Cheyenne Avenue |
| Nevada Bar No. 10596 | Las Vegas, NV 89129 |
| 8972 Spanish Ridge Avenue | *Attorneys for Defendant Haugebak Construction Company* |
| Las Vegas, Nevada 89148 | |
| *Attorneys for Plaintiff My Van Thi Anderson* | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  May 14, 2023

2