# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MY VAN THI ANDERSON,<br><br>            Plaintiff(s),<br><br>v.<br><br>ALBERTSON'S LLC, a foreign limited liability Company; HAUGEBAK CONSTRUCTION COMPANY, a Domestic For-Profit (Business) Corporation; and DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendant(s). | 2:22-cv-01485-GMN-VCF<br><br>**ORDER** |

Before the Court is the Amended Joint Discovery Plan and Scheduling Order (ECF No. 29).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the Amended Joint Discovery Plan and Scheduling Order (ECF No. 29), is scheduled for 11:00 AM, June 21, 2023, in Courtroom 3D.

DATED this 31st day of May 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE