Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Dallin Knecht, Esq.
Nevada State Bar No. 16263
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
dallinknecht@backuslaw.com
Attorneys for Defendant/Cross-Claimant
*Albertson's LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MY VAN THI ANDERSON, ) | |
| ) | **2:22-cv-01485-GMN-VCF** |
| Plaintiff, ) | |
| vs. ) | |
| ) | **STIPULATION AND ORDER TO** |
| ALBERTSON'S LLC, a foreign limited- ) | **EXTEND DISCOVERY DEADLINES** |
| liability Company; HAUGEBAK ) | **(FIRST REQUEST)** |
| CONSTRUCTION COMPANY, a Domestic ) | |
| For-Profit (Business) Corporation; and DOES ) | |
| I-X; and ROE CORPORATIONS I-X, ) | |
| inclusive ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ALBERTSON'S LLC ) | |
| ) | |
| Cross-Claimant, ) | |
| ) | |
| Vs. ) | |
| ) | |
| HAUGEBAK CONSTRUCTION ) | |
| COMPANY, ) | |
| ) | |
| Cross-Defendant ) | |

Plaintiff My Van Thi Anderson, and Defendants Albertson's LLC and Haugebak Construction Company, by and through their respective counsel of record, do hereby stipulate and

agree to the extension of the discovery deadline, expert disclosure deadlines, deadline for dispositive motions, and the pretrial order deadline in the current scheduling order and discovery plan in this matter for a period of ninety (90) days for the reasons explained herein.

Pursuant to Local Rule IA 6-1(a), the parties state that this is the first such discovery extension requested in this matter.

## **DISCOVERY COMPLETED TO DATE – LR 26-3(a)**

1. The parties held a Fed. R. Civ. P. 26(f) Conference on October 17, 2022.

2. The parties have served Fed. R. Civ. P. 26(a) Disclosures and continued to supplement those disclosures throughout discovery.

3. On January 23, 2023, Albertson's served written discovery on Plaintiff.

4. On March 8, 2023, Plaintiff served responses to Albertson's written discovery.

5. Plaintiff amended her Complaint naming Haugebak Construction Company as a party on March 20, 2023.

6. Haugebak served Plaintiff with written discovery on July 20, 2023.

7. Plaintiff served responses to Haugebak's written discovery on August 21, 2023.

8. Albertson's noticed the deposition of Plaintiff for September 27, 2023.

9. On September 26, 2023, Albertson's vacated the deposition of Plaintiff as the company retained to provide stenography services was unable to provide an ASL translator.

## **DISCOVERY REMAINING – LR 26-3)b)**

1. Deposition of Plaintiff

2. Disclosure of medical and liability experts

3. Depositions of medical and liability experts

4. Depositions of corporate witnesses (if necessary)

5. Depositions of additional fact witnesses (if necessary)

. . .

. . .

### REASONS FOR EXTENSION – LR 26-3(c)

Pursuant to LR IA 6-1 and LR 26-3, the parties represent that good cause exists for the extension of the current deadlines in this matter. While the parties are actively litigating this case, due to Plaintiff's unrelated medical status, the parties are experiencing difficulty in timely scheduling her deposition. Plaintiff is deaf, making communication with her difficult. The parties noticed Plaintiff's deposition and retained an ASL translator, however the deposition services company was unable to provide an ASL translator and the deposition was vacated. In light of the facts of the case including Plaintiff's unrelated medical condition, the parties believe it necessary to take Plaintiff's deposition prior to the disclosure of expert witnesses.

Further, the parties believe that this case has the potential to resolve before trial and are working well and in good faith to settle this case. The parties believe that after depositions of Plaintiff and experts are taken, the potential for ADR to resolve the matter is high. The parties have acted in good faith in discovery to date. Neither party has any intent, nor reason, to delay the resolution of this matter. A 90-day extension will allow the parties to take all necessary depositions.

### NEW DISCOVERY DEADLINES – LR 26-3(d)

|  | Current Deadline | **New Deadline** |
|---|---|---|
| **Deadline For Expert Witnesses** | 10/12/2023 | **1/10/2024** |
| **Deadline To Amend Pleadings/Add Parties** | Closed | **Closed** |
| **Deadline For Rebuttal Experts** | 11/13/2023 | **2/9/2024** |
| **Discovery Deadline** | 12/12/2023 | **3/11/2024** |
| **Deadline To File Dispositive Motions** | 1/10/2024 | **4/9/2024** |
| **Pretrial Order Deadline** | 2/9/2024 | 5/9/2024 If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. |

3

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties represent that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

**IT IS SO STIPULATED** and agreed as to the terms and conditions of this Stipulation to Extend Discovery Deadlines.

DATED:      10/4/23

/s/ Jacob S. Smith
Jacob S. Smith, Esq.
Henness & Haight
8972 Spanish Ridge Ave.
Las Vegas, Nevada 89148
Attorney for Plaintiff

DATED: 10/4/23

/s/ Dallin Knecht
Jack P. Burden, Esq.
Dallin Knecht, Esq.
Backus | Burden
3050 S. Durango Dr.
Las Vegas, Nevada 89117
Attorneys for Defendants

DATED: 10/4/23
/s/ Michael A. Federico
Michael A. Federico, Esq,
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
T: 702.384.4012 - F:702.383.0701
MStoberski@ocgas.com
Attorney for Haugebak Construction Company

**ORDER**

**IT IS SO ORDERED**

**DATED:**

_____
United States Magistrate Judge

DATED this  4th  day of  October , 2023.

---

4