1  MICHAEL A. FEDERICO, ESQ.
   Nevada Bar No. 005946
2  OLSON CANNON & GORMLEY
3  9950 W. Cheyenne Avenue
   Las Vegas, NV  89129
4  P:  (702) 384-4012
   F:  (702) 383-0701
5  mfederico@ocgas.com
6  Attorney for Defendant/Cross-Defendant
   *Haugebak Construction Company*
7

8

9                 UNITED STATES DISTRICT COURT

10                       DISTRICT OF NEVADA

11  MY VAN THI ANDERSON,              | CASE NO.: 2:22-cv-01485-GMN-MDC
12
                    Plaintiff,
13  v.
14  ALBERTSON'S LLC, a foreign limited | **STIPULATION AND ORDER FOR**
    liability Company; HAUGEBAK        | **DISMISSAL WITH PREJUDICE**
15  CONSTRUCTION COMPANY, a Domestic
    For-Profit (Business) Corporation; and DOES
16  I-X; and ROE CORPORATIONS I-X,
17  inclusive,

18                  Defendants.
19  ALBERTSON'S LLC,
20
                    Cross-Claimant,
21  v.
22
    HAUGEBAK CONSTRUCTION
23  COMPANY,
24                  Cross-Defendant.
25  ///
26
    ///
27

28
                                   1

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff MY VAN THI ANDERSON and Defendants ALBERTSON'S LLC and HAUGEBAK CONSTRUCTION COMPANY, by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned actions, and any and all claims asserted by Plaintiff against Defendants and Cross-Claimant ALBERTSON'S LLC against Cross-Defendant HAUGEBAK CONSTRUCTION COMPANY in said captioned actions is and are hereby dismissed with prejudice.

All parties are to bear their own costs, attorneys' fees and expenses related hereto.

**SO STIPULATED:**

DATED this 21st day of March, 2024.

HENNESS & HAIGHT

/s/ Jacob S. Smith, Esq.
JACOB S. SMITH, ESQ.
Nevada Bar No. 10231
8972 Spanish Ridge Ave.
Las Vegas, NV 89148
Attorney for Plaintiff

DATED this 25th day of March, 2024.

OLSON CANNON & GORMLEY

/s/ Michael A. Federico, Esq.
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 5946
9950 W. Cheyenne Ave.
Las Vegas, NV 89129
Attorney for Defendant/Cross-Defendant
*Haugebak Construction Company*

DATED this 6th day of March, 2024.

BACKUS BURDEN

/s/ Dallin Knecht, Esq.
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
DALLIN KNECHT, ESQ.
Nevada Bar No. 16263
3050 S. Durango Dr.
Las Vegas, NV 89117
Attorneys for Defendant/Cross-Claimant

**ORDER**

Pursuant to the Stipulation of Dismissal of the parties hereto, the above-captioned action and any and all claims asserted by Plaintiff MY VAN THI ANDERSON against Defendants and Cross-Claimant ALBERTSON'S LLC against Cross-Defendant HAUGEBAK CONSTRUCTION COMPANY in said captioned actions is and are hereby dismissed with prejudice. All parties are to bear their own costs, attorney's fees and expenses related hereto.

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

DATED: March 25, 2024

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

OLSON CANNON & GORMLEY

/s/ *Michael A. Federico, Esq.*
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant/Cross-Defendant
*Haugebak Construction Company*

3